IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CARLA HYLAND,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) CIVIL NO. 04-336-GPM ) |
| **RHODES, INC.,** | ) ) |
| **Defendant.** | ) |

# ORDER

**MURPHY, Chief District Judge:**

This matter is before the Court on Plaintiff's motion for voluntary dismissal without prejudice. Having been fully considered by the Court, Plaintiff's motion (Doc. 14) is **GRANTED**, and this action is **DISMISSED without prejudice**. The parties shall bear their own costs.

**IT IS SO ORDERED.**

DATED: 06/22/06

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge